Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for Victor A. Trejo

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 1:08-mj-000298 SMS |
| *Plaintiff*, | STIPULATION TO CONTINUE STATUS |
| v. | CONFERENCE HEARING AND ORDER THEREON |
| VICTOR A. TREJO, | |
| *Defendant.* | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference hearing currently set for March 26, 2009 may be continued to <u>April 9, 2009 at 9:00 a.m</u>.

The request is being made because the parties are attempting to resolve the matter and need additional time to discuss offers and for further negotiation. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not

*Stipulation To Continue Status Conference Hearing and [Proposed] Order Thereon; U.S. v. Trejo, No. 1:08-mj-000290 SMS*     1

limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

Dated:  March 25, 2009  Respectfully submitted,

/s/Carolyn Phillips
CAROLYN PHILLIPS
Attorney for Defendant
Victor A. Trejo

Dated:  March 25, 2009  LAWRENCE G. BROWN
Acting U.S. Attorney

By: /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

### ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.§§3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

DATED:   3/25/2009    /s/ Gary S. Austin
HONORABLE MAGISTRATE JUDGE
United States District Court