Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
Telephone:   559/248-9833
Fax:  559/248-9820

Attorney for defendant Victor Trejo

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VICTOR TREJO, ) <br> ) <br> Defendant. ) | 1:08-mj-00298 SMS <br><br> DEFFENDANT VICTOR TREJO'S NOTICE OF WAIVER OF PERSONAL APPEARANCE; <br><br> ORDER |

    Defendant, VICTOR TREJO, hereby waives his right to be present in person at the hearing of any motion or other proceeding in this case, including trial setting, trial confirmation, motions hearings, the ordering of a continuance, or any other action taken by the Court before trial, except upon arraignment and plea, impaneling of jury and imposition of sentence.

    Defendant hereby requests that the Court proceed during his every absence which the Court may permit pursuant to this waiver, including the scheduled status hearing currently set before Judge Sandra M. Snyder, April 9, 2009 at 10:00 a.m.

Defendant Victor Trejo's Waiver of Personal Appearance;
 *U. S. v. Victor Trejo*, Case No. 1:08-mj-298 SMS

1

PDF created with pdfFactory trial version www.pdffactory.com

Mr. Trejo agrees that his interests will be deemed represented at all times by the presence of his attorney, Carolyn D. Phillips, the same as if he was personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may choose in his absence.

Defendant, Mr. Trejo, further acknowledges that he has been informed of his rights under Title 18, United States Code, Section 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

Dated: April 8, 2009 /s/ Victor Trejo
Victor Trejo
Defendant

Dated: April 8, 2009 /s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
Victor Trejo

## ORDER

IT IS SO ORDERED.

Dated: 4/9/2009

/s/ Sandra M. Snyder
Honorable Sandra M. Snyder

Defendant Victor Trejo's Waiver of Personal Appearance;
*U. S. v. Victor Trejo*, Case No. 1:08-mj-298 SMS

PDF created with pdfFactory trial version www.pdffactory.com